UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 3:15cr31/MCR

JOHN W. ROBERTSON

_____

**FINAL ORDER OF FORFEITURE
AS TO DEFENDANT JOHN W. ROBERTSON**

WHEREAS, on September 15, 2015, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 18, United States Code, Sections 2428 and 2253, based upon the defendant's guilty plea to Counts One and Two of the indictment in this action, and the attached forfeiture provision thereto, of the property listed as:

   (a) a 1978 Hunter sailboat, Vessel Registration Number "FL1594DC," Hull Identification Number "HUN70573M78L3," named "Lickity Split,"

   (b) an HP laptop with 250 GB hard drive,

   (c) two black Lexar thumb drives (one 8 GB/one 16 GB),

   (d) one black/green flash voyager Corsair 8 GB thumb drive,

   (e) one red PNY 8 GB thumb drive, and

   (f) a LG cellular tracfone.

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2(b)(2) of the Federal Rules of Criminal Procedure, said Preliminary Order of Forfeiture shall be made final as to defendant **JOHN W. ROBERTSON** at the time of sentencing and shall be made part of the sentence and included in the judgment now wherefore,

IT IS HEREBY ORDERED:

That all of defendant **JOHN W. ROBERTSON's** right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

**IT IS SO ORDERED** this 1st day of December, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**